IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALJAWON DAWYANE MILES, #255161, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:11-cv-150-ID |
| LT. TYRONE JENKINS, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and Plaintiff's Motion for Preliminary Injunction (Doc. No. 17) is DENIED. It is further

ORDERED that this case is referred back to the Magistrate Judge for additional proceedings.

Done this 26th day of May, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE